# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL, ss. | SUPERIOR COURT<br>C.A. NO. 2273CV00150B |

| | |
|---|---|
| KIMBERLY A. KAISER,<br>     Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING[1], and<br>U.S. BANK, NATIONAL ASSOCIATION, AS<br>TRUSTEE FOR CERTIFICATEHOLDERS OF<br>BEAR STEARNS ASSET BACKED<br>CERTIFICATES, SERIES 2007-AC1[2],<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

TO:   Civil Clerk's Office                         Todd S. Dion
      Bristol Superior Court                       15 Cottage Avenue, Ste. 202
      441 County Street, 1st Floor                 Quincy, MA  02169
      New Bedford, MA  02740

PLEASE TAKE NOTICE that Defendants Select Portfolio Servicing, Inc., and U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1, have filed a Notice of Removal of the above-entitled matter in the office of the Clerk of the United States District Court for the District of Massachusetts, a copy of which is attached hereto as **Tab A**.

---

[1] Correct name is Select Portfolio Servicing, Inc.
[2] Correct name is U.S. Bank National Association, on behalf of the registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC1.

Respectfully submitted,

**SELECT PORTFOLIO SERVICING, INC. AND U.S. BANK NATIONAL ASSOCIATION, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-AC1,**

By their attorneys,

/s/ Peter F. Carr, II
Peter F. Carr, II (BBO # 600069)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Two International Place, 16th Floor
Boston, MA  02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
pcarr@eckertseamans.com

Dated: March 10, 2022

## CERTIFICATE OF SERVICE

    I, Peter F. Carr, II, hereby certify that on March 10, 2022, I filed and served this document through the electronic filing system and the document is available for viewing and/or downloading from Odyssey File & Serve, which will send notification to counsel of record.  I also hereby certify that parties and/or counsel who are Non-Registered Participants will be served via e-mail.

Date:   March 10, 2022          /s/ Peter F. Carr, II
                                                   Peter F. Carr, II

101754436.1